UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 20565
    STEPHEN G HOWARD
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-1147

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 11/03/2007 and was not confirmed.

    The case was dismissed without confirmation 01/09/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE LLC | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE LLC | MORTGAGE ARRE | 17865.21 | .00 | .00 |
| BALABAN FURNITURE | SECURED NOT I | 300.00 | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | 2250.00 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSEC W/INTER | 1949.49 | .00 | .00 |
| CHICAGO P O EMP CR UN | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| BALABAN FURNITURE | UNSEC W/INTER | NOT FILED | .00 | .00 |
| PRESIDIO/CM | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SALLIE MAE INC | UNSEC W/INTER | 61740.57 | .00 | .00 |
| SECOND START | DEBTOR ATTY | 2,354.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                    ---------------   ---------------
TOTALS                      .00              .00


            PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 20565 STEPHEN G HOWARD

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 04/23/08                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE